UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

SHANNON LARIVE,
KARMEN ENGLERT, and
NICHOLAS BUTLER,

     Defendants.

CR 20-50057

REDACTED INDICTMENT

Interference with Commerce
by Robbery
(18 U.S.C. §§ 1951 and 2)

Use and Brandishing of a Firearm
During the Commission of a Crime
of Violence
(18 U.S.C. §§ 924(c)(1)(A)(ii), (iii) and
2)

Possession of a Firearm by a
Prohibited Person
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

---

The Grand Jury charges:

At all times material to this Indictment, Jokers Casino, 1320 Mount Rushmore Road, Rapid City, South Dakota; Rushmore Casino, 1808 Mount Rushmore Road, Rapid City, South Dakota; and Market Square Casino, 1624 E. Saint Patrick Street, Rapid City, South Dakota, were engaged in the operation of casinos in interstate commerce and in an industry which affects interstate commerce.

## COUNT I

On or about March 16, 2020, at Rapid City, in the District of South Dakota, the defendants, Shannon Larive, Karmen Englert, and Nicholas Butler, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and

affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendants, Shannon Larive, Karmen Englert, and Nicholas Butler, did unlawfully attempt to take and obtain personal property consisting of United States currency from an employee of Jokers Casino, against the will of that person, by means of actual and threatened force, violence, and fear of injury, immediate and future to his person, that is, by entering Jokers Casino with a shotgun in an attempt to forcibly take money from the employee of Joker's Casino, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 1951 and 2.

## COUNT II

On or about March 16, 2020, at Rapid City, in the District of South Dakota, the defendants, Shannon Larive, Karmen Englert, and Nicholas Butler, did, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951, as charged in Count I of this Indictment, knowingly used, carried, and brandished a firearm, that is a shotgun, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

## COUNT III

On or about March 16, 2020, at Rapid City, in the District of South Dakota, the defendants, Shannon Larive, Karmen Englert, and Nicholas Butler, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and

2

affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendants, Shannon Larive, Karmen Englert, and Nicholas Butler, did unlawfully take and obtain personal property consisting of United States currency in the presence of an employee of the Rushmore Casino, against the will of that person, by means of actual and threatened force, violence, and fear of injury, immediate and future to his person, that is, by brandishing a shotgun, demanding money, and forcibly taking the money at gunpoint, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 1951 and 2.

## COUNT IV

On or about March 16, 2020, at Rapid City, in the District of South Dakota, the defendants, Shannon Larive, Karmen Englert, and Nicholas Butler, did, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951, as charged in Count III of this Indictment, knowingly used, carried, and brandished a firearm, that is a shotgun, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

## COUNT V

On or about March 18, 2020, at Rapid City, in the District of South Dakota, the defendants, Shannon Larive and Karmen Englert, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce

3

as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendants, Shannon Larive and Karmen Englert, did unlawfully take and obtain personal property consisting of United States currency in the presence of an employee of the Market Square Casino, against the will of that person, by means of actual and threatened force, violence, and fear of injury, immediate and future to his person, that is, by brandishing a pistol, demanding money, and forcibly taking the money at gunpoint, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 1951 and 2.

## COUNT VI

On or about March 18, 2020, at Rapid City, in the District of South Dakota, the defendants, Shannon Larive and Karmen Englert, did, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951, as charged in Count V of this Indictment, knowingly used, carried, and brandished a firearm, that is a pistol, and did aid and abet each other in the commission of the offense, all in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

## COUNT VII

On or about March 21, 2020, at Rapid City, in the District of South Dakota, the defendant, Shannon Larive, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is

defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant, Shannon Larive, did unlawfully take and obtain personal property consisting of United States currency in the presence of an employee of the Rushmore Casino, against the will of that person, by means of actual and threatened force, violence, and fear of injury, immediate and future to his person, that is, by brandishing and discharging a pistol, demanding money, and forcibly taking the money at gunpoint, all in violation of 18 U.S.C. § 1951.

COUNT VIII

On or about March 21, 2020, at Rapid City, in the District of South Dakota, the defendant, Shannon Larive, did, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit, a violation of 18 U.S.C. § 1951, as charged in Count VII of this Indictment, knowingly used, carried, brandished, and discharged a firearm, that is a pistol, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT IX

On or about March 21, 2020, at Rapid City, in the District of South Dakota, the defendant, Shannon Larive, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a German Sport Guns GmbH, model M1911, .22 Long Rifle caliber, semi-automatic pistol,

bearing serial number A415080, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

**Name Redacted**

_____

Foreperson

RONALD A PARSONS, JR.
United States Attorney

By _____

6